# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JESSICA SLIVAK, Individually and on behalf of all others similarly situated,** | : : : | |
| **Plaintiff,** | : : | CIVIL ACTION |
| v. | : : | NO. 18-3624 |
| **VS NESHAMINY LLC, et al.,** | : : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this __2nd__ day of July, 2019, upon consideration of the Parties' letter to the Court dated June 28, 2019, by which the Parties explain that they have reached a mutually-agreeable settlement in this case, **IT IS HEREBY ORDERED AND DECREED** that this matter is **DISMISSED WITH PREJUDICE**, without costs, pursuant to the agreement of counsel and Local Rule 41.1(b).[1]

BY THE COURT:

/s/ Petrese B. Tucker
_____
Hon. Petrese B. Tucker, U.S.D.J.

---

[1] Local Rule 41.1(b) states that "[w]henever in any civil action counsel shall notify the Clerk or the judge to whom the action is assigned that the issues between the parties have been settled, the Clerk shall, upon order of the judge to whom the case is assigned, enter an order dismissing the action with prejudice, without costs, pursuant to the agreement of counsel."